# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL D. JOHNSON<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.   3:21mj118<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 23, 2020,__ in the county of __Okaloosa__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:
SEE ATTACHED SHEET (AFFIDAVIT).

☑ Continued on the attached sheet.

*Mitchell Landis*
*Complainant's signature*

Mitchell R. Landis, DEA Task Force Officer
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  3-26-21

*Judge's signature*

City and state:   Pensacola, Florida             Elizabeth M. Timothy, Chief U.S. Magistrate Judge
*Printed name and title*

RCV'D USDC FLND PN
MAR 26 '21 PM 3:34